FILED

04/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0431

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0431

_____

JULIUS A. WILSON and ANITA M. ANGELO,

      Plaintiffs and Appellants,

   v.

DOMINICA E. STAMPER; Personal
Representative of the Estate of Pricilla A. Graham
and THERESA A. PRESLEY and RONALD
PRESLEY,

      Defendants and Appellees.

_____

      O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 10 2024